**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 28, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 03-60860
Summary Calendar

———————————

VERA SAMODOUMOVA,

                                        Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A73 113 706
--------------------

Before JONES, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

        Vera Samodoumova, a native and citizen of Russia, petitions

for review of the Board of Immigration Appeals' ("BIA") dismissal

of her appeal and denial of motions to remand.  Because only the

District Director may adjudicate her pending application for ad-

justment of status, Samodoumova argues that the Immigration Judge

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

("IJ") or the BIA should have reopened her case and remanded it to the District Director.

We recently addressed a similar argument that the BIA should have compelled the IJ to reopen a deportation case. Because "no meaningful standard exists against which to judge an IJ's decision to exercise *sua sponte* authority to reopen deportation proceedings," we lack jurisdiction to review the decision not to reopen. Enriquez-Alvarado v. Ashcroft, 371 F.3d 246, 249 (5th Cir. 2004) (citing Heckler v. Chaney, 470 U.S. 821, 830 (1985)).

Accordingly, the petition for review is DENIED.